IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROBERTA F. HARDEN,                    )
                                      )
            Plaintiff,                )
                                      )
      v.                              )    C.A. No. 25-881-CFC-EGT
                                      )
ARBOR MANAGEMENT, LLC,                )
                                      )
            Defendant.                )

## ORDER

At Wilmington on this _5th_ day of June in 2026, having considered the

Report and Recommendation by United States Magistrate Judge Eleanor G.

Tennyson filed on May 20, 2026 (D.I. 12) and Plaintiff's Statement in Support of

Report and Recommendation (D.I. 13);

It is HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation (D.I. 12) is

   **ADOPTED**.

2. Plaintiff's motions to reopen (D.I. 9 and D.I. 10) are **GRANTED** and the

   case is **REOPENED** under the "mistake" or "excusable neglect" grounds

   under Federal Rule of Civil Procedure 60(b)(1).

3. Plaintiff is **GRANTED** leave to file an amended pleading on or before

   June 26, 2026.  Failure to timely file an amended pleading will result in

the Court screening (and dismissing) Plaintiff's original Complaint (D.I.

2).

_____
Chief Judge

2