IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERTA F. HARDEN, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 25-881-CFC-EGT |
| ARBOR MANAGEMENT, LLC, | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington on this Twenty-first Day of September in 2026, having considered the Report and Recommendation by United States Magistrate Judge Eleanor G. Tennyson filed on August 26, 2026 (D.I. 16), and Plaintiff's Objections (D.I. 17);

It is HEREBY ORDERED that:

1. Plaintiff's Objections (D.I. 17) are **OVERRULED** and the Magistrate Judge's Report and Recommendation (D.I. 16) is **ADOPTED**;

2. The Amended Complaint (D.I. 15) is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff is **GRANTED** one final opportunity to file an amended complaint. If Plaintiff files an amended complaint, she must do so on or before **October 21, 2026**. If Plaintiff files an amended complaint that does not cure the deficiencies discussed in the Magistrate Judge's

August 26, 2026 Report and Recommendation, the amended complaint will be dismissed with prejudice and the case will be closed.

Chief Judge